AO 245H (Rev 9/00) Judgment in a Misdemeanor/Petty Offense Criminal Case (Short Form) Sheet 1 (USAO 01/28/2002; BJS 02013)

Case 3:21-cr-05373-CVB   Document 13   Filed 01/10/22   Page 1 of 1

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>JOSEPH M. KIMANI, | **JUDGMENT IN A CRIMINAL CASE**<br>**(Short Form)**<br><br>CASE NUMBER: CR21-5373 |

```
FILED _____ LODGED
_____ RECEIVED
Jan 10 2022
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY
```

Boris Petrenko
Defendant's Attorney

☒ **THE DEFENDANT** pleaded guilty to a single-count Superseding Information (misdemeanor)

| Title & Section | Nature of Offense | Offense Ended | Count No. |
|---|---|---|---|
| 18 U.S.C. §§ 7 and 13, R.C.W. 46.61.500 | Reckless Driving | 10/15/2020 | I |

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.
**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

| Total: | Fine | Assessment | Processing Fee | Payable Within/By |
|---|---|---|---|---|
| $1,025 | $1,000 | $25 | $ N/A | Within 3 months |

| | | |
|---|---|---|
| Defendant's SSN: | XXX-XX-4132 | *s/ Barbara J. Sievers*<br>BARBARA J. SIEVERS, Assistant United States Attorney |
| Defendant's DOB: | XX-XX-1986 | |
| Defendant's USM No: | N/A | January 10, 2022<br>Date of Imposition of Judgment |
| | | *Theresa L. Fricke* (signature)<br>Signature of Magistrate Judge |
| Via zoom Joseph Kimani<br>Defendant's Signature | | THE HONORABLE THERESA L. FRICKE<br>United States Magistrate Judge<br><br>1-10-2022<br>Date |